■ Mor Unger, Appellant, v First Federal Savings and Loan Association of Rochester, Respondent. — Judgment of the Supreme Court, Rockland County (Slifkin, J.), entered Feb-ruary 8, 1984, affirmed, with costs. No opinion.

The stay of plaintiff's eviction from the premises known as 59 Washington Avenue, New Square, New York, granted by order of this court dated March 5, 1984, is hereby vacated. Mollen, P. J., Gibbons, Weinstein and Rubin, JJ., concur.